# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                     NO. 4:14CR00191-04 JLH

NATHAN LESTER RAMER                                           DEFENDANT

## **ORDER**

Attorney Jim Phillips was appointed to represent defendant Nathan Lester Ramer in this matter on September 24, 2014. Mr. Phillips has now filed a motion seeking authorization of CJA funds for investigative assistance to verify defendant's criminal history and assist with preparation of mitigation related to the sentencing hearing.

The Court finds that the interests of justice would be best served authorizing the use of CJA funds for the requested services in this case. However, pursuant to 18 U.S.C. § 3006A(e)(3), the maximum amount for expert services shall not exceed $2,400 per individual. Payment in excess of this amount must be approved by the Chief Judge of the Eighth Circuit once the CJA voucher has been submitted. The motion is GRANTED. Document #430.

IT IS SO ORDERED this 24th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE