**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                         NO. 4:14CR00191-04-JLH

NATHAN LESTER RAMER                                              DEFENDANT

## ORDER

Pending is defendant Nathan Ramer's Motion for Two Point Reduction based on Sentencing Guideline Amendment 782.

At sentencing on November 24, 2015, defendant had a total offense level of 29 (because he was responsible for between 500 grams and 1.5 kilograms of methamphetamine) and a criminal history category of VI. His guideline range was 151-188 months. So, Amendment 782 was considered when defendant's guideline range was calculated. Furthermore, defendant was sentenced to the mandatory minimum of 120 months. Documents #530 and #531.

Accordingly, defendant's Motion for Two Point Reduction is DENIED. Document #729.

IT IS SO ORDERED this 25th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE